NEHME IMTANIOS, Appellant, v GOLDMAN SACHS et al., Defendants and Third-Party Plaintiffs-Respondents. AMERICAN BUILDING MAINTENANCE Co., Third-Party Defendant-Respondent.

Submitted December 10, 2007; decided January 15, 2008

Reported below, 44 AD3d 383.

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

In the Matter of LOVE'M SHELTERING, INC., Appellant, v COUNTY OF SUFFOLK et al., Respondents.

Submitted January 7, 2008; decided January 15, 2008

Reported below, 33 AD3d 923.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.